Edward P. Capozzi, Esq. - 042602004
**BRACH EICHLER, LLC**
101 Eisenhower Parkway
Roseland, NJ 07068
Phone: 973-364-8300
Fax: 973-618-5986
Attorney for Plaintiff

| | |
|---|---|
| THOMAS PERRY, | THE UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| *Plaintiff,* | Civil Action: 2:16-cv-02773-SRC-CLW |
| vs. | |
| MICHAEL KIMBERLING; RANDY DEITMAN; MARK 1, INC.; JOHN DOES 1-5 (fictitious persons); ABC COMPANIES 1-10; (fictitious entities), | STIPULATION OF DISMISSAL |
| *Defendants.* | |

TO:   United States District Court for the District of New Jersey
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street, #4015
      Newark, NJ 07102

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against all parties.

RONAN, TUZZIO & GIANNONE

_____
George W. Boyle, Esq.
Gregory
Attorney for Defendant Michael Kimberling

BRACH EICHLER LLC

_____
Edward P. Capozzi, Esq.
Attorney for Plaintiff

SANDER & CARSON, P.C.

_____
Mark R. Sander, Esq.
Attorney for Defendants Randy Deitman & Mark 1 Inc.

Dated: September 22, 2017

So Ordered.

_____
Honorable Stanley R. Chesler,
United States District Court Judge

10/30/2017